**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TODD A. HELLER, Plaintiff, | : | |
| v. | : | No. 5:26-cv-4354 |
| GREENSTAR, LLC, WASTE MANAGEMENT, INC., Defendants. | : | |

**<u>O R D E R</u>**

**AND NOW**, this 2nd day of September, 2026, for the reasons stated in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Motion to Dismiss for lack of personal jurisdiction, ECF No. 10, is **DENIED**.

2. **Within fourteen (14) days of the date of this Order**, Defendant Waste Management Inc. shall file an Answer to the Complaint. *See* Fed. R. Civ. P. 12(a)(4)(A).

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*___________
JOSEPH F. LEESON, JR.
United States District Judge